## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD SCHUMAN and DANE JANES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 2:19-cv-02297-SHL-dkv<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, filed May 9, 2019, (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Plaintiff's Agreed Motion for the Entry of Judgment Against Defendants Lloyd Schuman and Dane Janes, filed May 15, 2019,(ECF No. 12), all claims in this matter are **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction over this matter to enforce the terms of Plaintiff's Consent Agreements with each of the Defendants.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 15, 2019
Date